Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

*Attorney for Plaintiff,*
*Salvador Diaz*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALVADOR DIAZ, *individually and on behalf of all others similarly situated,*<br>Plaintiff,<br><br>v.<br><br>VANCE AND HUFFMAN, LLC and ACCELERATED PORTFOLIO, INC<br><br>Defendant. | **Case No.: 2:23-CV-02562**<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS VANCE AND HUFFMAN, LLC and ACCELERATED PORTFOLIO, INC** |

NOTICE IS HEREBY GIVEN that Plaintiff Salvador Diaz ("Plaintiff") and Defendants Vance and Huffman, LLC and Accelerated Portfolio, Inc ("Defendants") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendants within the next forty-five (45) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter as to Defendants. Plaintiff also requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated: May 11, 2023      By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
HAMMOUD LAW, P.C.
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
yh@lawhammoud.com

Attorney for Plaintiff
Salvador Diaz

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Youssef H. Hammoud*

- 2 -